# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JOEL E. PRICE and RUSSELL E. PRICE, individually and on behalf of all similarly situated individuals, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : |  |
| COUNTRYWIDE FINANCIAL CORPORATION; LANDSAFE, INC.; and COUNTRYWIDE HOME LOANS, INC., | : | |
| Defendants. | : | NO. CV205-015 |

### O R D E R

Presently before the Court is Defendants' motion to dismiss Plaintiffs' complaint for failure to state a claim upon which relief can be granted and for improper venue. On May 10, 2005, Plaintiffs filed an amended complaint.

Federal Rule of Civil Procedure 15(a) provides, in pertinent part, that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served[.]" A motion to dismiss is not a responsive

AO 72A
(Rev. 8/82)

pleading. Fed. R. Civ. P. 7(a); <u>Washington v. James</u>, 782 F.2d 1134, 1138-39 (2d Cir. 1986). Consequently, Defendants' motion is **DISMISSED** as moot.

**SO ORDERED**, this 25th day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)