IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOEL E. PRICE and RUSSELL )
E. PRICE, individually and on behalf )
of all similarly situated individuals, )
)
Plaintiffs, )
)
v. ) CIVIL ACTION NO. CV205-015
)
COUNTRYWIDE FINANCIAL )
CORPORATION; LANDSAFE, )
INC., and COUNTRYWIDE )
HOME LOANS, INC., )
)
Defendants. )

IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Thomas A. Withers for the period of June 28, 2005, through and including July 1, 2005, in the captioned case. (Doc. 17.)

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

SO ORDERED, this 10th day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)